UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEIDRA MILAN, *on behalf of herself and those similarly situated;* ) ) ) | |
| Plaintiff, ) | Case No. 3:24-cv-00627 |
| ) | |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| MICROVAST, INC., MICROVAST HOLDINGS, INC.; ) ) ) | |
| Defendants. ) ) | |

## JOINT MOTION TO STAY FOR 90 DAYS PENDING MEDIATION

The parties hereby respectfully request, on the terms set forth in this motion, a stay of all proceedings in this case for 90 days pending mediation. As explained in the contemporaneously filed Joint Mediation Report, the parties intend to submit this action to mediation. The parties are in the process of exchanging formal and informal discovery and intend to continue to work cooperatively to facilitate mediation. A stay of all proceedings will benefit both parties by sparing them the expense of contemporaneous litigation and fees and expenditure of time, while also attempting to resolve the matter. The parties also agree that neither party will be harmed by the issuance of a stay, and the parties expect mediation to take place as soon as practicable.

The Court has the authority to issue a stay of proceedings: "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes of its docket with economy to time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936). Accordingly, the parties, through counsel, request the Court order a stay of all proceedings in the matter for 90 days, through July 1, 2025, to allow the parties

1

Case 3:24-cv-00627    Document 35    Filed 04/01/25    Page 1 of 4 PageID #: 193

to facilitate early resolution of the case. The parties may, upon further motion, seek to extend the stay or to facilitate resolution or mediation. In addition, if the parties determine that the litigation must continue sooner, then they may seek to dissolve the stay. If the case is successfully resolved through mediation, the parties will notify the Court of settlement, otherwise, the stay shall automatically expire on July 1, 2025, absent any modification, and the case shall immediately resume.

Dated: April 1, 2025

Respectfully submitted,

/s/ *Michael C. Iadevaia*
Michael C. Iadevaia (TN Bar # 41622)
J. Gerard Stranch, IV (TN Bar #23045)
**STRANCH, JENNINGS, & GARVEY, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: 615-254-8801
Facsimile: 615-255-5419
miadevaia@stranchlaw.com
gstranch@stranchlaw.com

*Counsel for Plaintiff and the Proposed Class*

/s/ *Martin Patrick McDowell*
*(approved as of 04/01/2025)*
Martin Patrick Mc Dowell
Robert Lane Bobo
**Brunini, Grantham, Grower & Hewes, PLLC**
P. O. Drawer 119
Jackson, MS 39205
601-948-3101
pmcdowell@brunini.com
lbobo@brunini.com

Todd W. Mensing
Daniel Ringquist
**Ahmad, Zavitsanos & Mensing**
1221 McKenney Street, Suite 2500

Houston, TX 77010
(713) 655-1101
tmensing@azalaw.com
dringquist@azalaw.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of April 2025, a copy of the foregoing was filed electronically utilizing the Court's CM/ECF electronic filing system, with notice of this filing sent by operation of the Court's CM/ECF filing system to all counsel of record listed below.

Daniel John Ringquist
Todd W. Mensing
**Ahmad Zavitsanos & Mensing, PLLC**
1221 McKinney Street
Suite 2500
Houston, TX 77010
713-655-1101
Fax: 713-655-0062
Email: dringquist@azalaw.com
Email: tmensing@azalaw.com

Martin Patrick McDowell
Robert Lane Bobo
**Brunini, Grantham, Grower & Hewes, PLLC**
P. O. Drawer 119
Jackson, MS 39205
601-948-3101
Fax: 601-960-6902
Email: pmcdowell@brunini.com
Email: lbobo@brunini.com

      */s/ Michael C. Iadevaia*
      Michael C. Iadevaia