Motion GRANTED.
Case stayed until 7/1/2025.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEIDRA MILAN, *on behalf of herself and those similarly situated;* | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:24-cv-00627 |
| v. | ) ) | Judge Aleta A. Trauger |
| MICROVAST, INC., MICROVAST HOLDINGS, INC.; | ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT MOTION TO STAY FOR 90 DAYS PENDING MEDIATION

The parties hereby respectfully request, on the terms set forth in this motion, a stay of all proceedings in this case for 90 days pending mediation. As explained in the contemporaneously filed Joint Mediation Report, the parties intend to submit this action to mediation. The parties are in the process of exchanging formal and informal discovery and intend to continue to work cooperatively to facilitate mediation. A stay of all proceedings will benefit both parties by sparing them the expense of contemporaneous litigation and fees and expenditure of time, while also attempting to resolve the matter. The parties also agree that neither party will be harmed by the issuance of a stay, and the parties expect mediation to take place as soon as practicable.

The Court has the authority to issue a stay of proceedings: "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes of its docket with economy to time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936). Accordingly, the parties, through counsel, request the Court order a stay of all proceedings in the matter for 90 days, through July 1, 2025, to allow the parties