UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEIDRA MILAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MICROVAST, INC.; MICROVAST HOLDINGS, INC.,<br><br>    Defendants. | Case No. 3:24-cv-00627<br><br>Judge Aleta A. Trauger |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT

Plaintiff Deidra Milan, individually and on behalf of all others similarly situated ("Class Members" or "putative Class Members"), respectfully requests that the Court grant preliminary approval of the proposed Class Settlement, which resolves all claims against all Defendants in this case. The Settlement achieved here is an excellent result for the Class. In support of this motion, Plaintiff incorporates the contemporaneously filed Memorandum of Law, the Declaration of Class Counsel J. Gerard Stranch, IV, the Exhibits to the Declaration (Exhibit 1 – the Firm Resume of Class Counsel, Exhibit 2 – the Settlement Agreement, Exhibit 3 – the Proposed Long-Form Notice to the Class, and Exhibit 4 – the Proposed Short-Form Notice to the Class), and the Proposed Order Granting Preliminary Approval.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order (1) granting preliminary approval of the Settlement, (2) certifying the Class for the purpose of Settlement pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3); (3) ordering the Settlement Administrator to direct and issue notice to the Class under the terms of the Settlement Agreement;

(4) appointing Deidra Milan as Class Representative for the purpose of Settlement; (5) appointing J. Gerard Stranch, IV and Samuel Gladney as class counsel; and (6) enter the Settlement schedule as proposed by the Memorandum of Law.

Defendant's counsel does not oppose the relief sought.

Dated: December 15, 2025

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200 Nashville, Tennessee 37203
Telephone: 615-254-8801
Fax: 615-255-5419
gstranch@stranchlaw.com

*Counsel for the Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

       I hereby certify that on December 15, 2025, a copy of the foregoing has been served upon the following counsel of record for Defendants through the Court's CM/ECF:

Martin Patrick McDowell
Robert Lane Bobo
Brunini, Grantham, Grower & Hewes, PLLC
P. O. Drawer 119
Jackson, MS 39205
601-948-3101
pmcdowell@brunini.com
lbobo@brunini.com

Todd W. Mensing
Daniel Ringquist
Ahmad, Zavitsanos & Mensing
1221 McKenney Street, Suite 2500
Houston, TX 77010
(713) 655-1101
tmensing@azalaw.com
dringquist@azalaw.com

*Attorneys for Defendants*

                                                   */s/ J. Gerard Stranch, IV*
                                                   J. Gerard Stranch, IV