Motion GRANTED.
[signature]

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEIDRA MILAN, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>MICROVAST, INC.; MICROVAST HOLDINGS, INC.,<br><br>　　Defendants. | Case No. 3:24-cv-00627<br><br>Judge Aleta A. Trauger |

### PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT

Plaintiff Deidra Milan, individually and on behalf of all others similarly situated ("Class Members" or "putative Class Members"), respectfully requests that the Court grant preliminary approval of the proposed Class Settlement, which resolves all claims against all Defendants in this case. The Settlement achieved here is an excellent result for the Class. In support of this motion, Plaintiff incorporates the contemporaneously filed Memorandum of Law, the Declaration of Class Counsel J. Gerard Stranch, IV, the Exhibits to the Declaration (Exhibit 1 – the Firm Resume of Class Counsel, Exhibit 2 – the Settlement Agreement, Exhibit 3 – the Proposed Long-Form Notice to the Class, and Exhibit 4 – the Proposed Short-Form Notice to the Class), and the Proposed Order Granting Preliminary Approval.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order (1) granting preliminary approval of the Settlement, (2) certifying the Class for the purpose of Settlement pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3); (3) ordering the Settlement Administrator to direct and issue notice to the Class under the terms of the Settlement Agreement;